
# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY DEAN, <br><br>          Petitioner, <br><br>     v. <br><br>CHAD BIANCO, Sheriff, <br>Riverside County, <br><br>          Respondent. | ) Case No. EDCV 20-0280-VAP (JPR) <br>) <br>) <br>) ORDER ACCEPTING FINDINGS AND <br>) RECOMMENDATIONS OF U.S. <br>) MAGISTRATE JUDGE <br>) <br>) <br>) <br>) |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge.  No objections to the R. & R. have been filed.

As the Magistrate Judge found, because the trial court reviewed Petitioner's bail and reduced it, his constitutional claim that the court failed to provide him a hearing on his bail-reduction motion is moot.  (See R. & R. at 3-5.)  And to the extent he raises other claims, because his criminal case is still pending, see Crim. Case Rep., People v. Dean, No. SWF 1500705 (Riverside Sup. Ct. charges filed Apr. 22, 2015), abstention under Younger v. Harris, 401 U.S. 37, 45-46 (1971), is appropriate.  (See R. & R. at 5-9.)

The Court accepts the findings and recommendations of the Magistrate Judge.  IT THEREFORE IS ORDERED that Petitioner's "Motion to Dismiss Biased Accessories to the Crime by VAP-JPR Federal Court Staff/Option to State Attorney" is DENIED, Respondent's motion to dismiss is GRANTED, and judgment be entered dismissing the Petition without prejudice.

DATED: October 30, 2020

VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE