# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY DEAN, | ) Case No. EDCV 20-0280-VAP (JPR) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| CHAD BIANCO, Sheriff, Riverside County, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: October 30, 2020

VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE